CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:16−mj−00704−HB−1
# *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Rose | Date Filed: 10/05/2016 |
| | Date Terminated: 10/07/2016 |

Assigned to: Magistrate Judge Hildy Bowbeer

**Defendant (1)**

| | | |
|---|---|---|
| **John Baker Rose**<br>*TERMINATED: 10/07/2016* | represented by | **Andrew H Mohring**<br>Office of the Federal Defender<br>107 US Courthouse<br>300 South Fourth Street<br>Mpls, MN 55415<br>(612) 664−5858<br>Fax: (612) 664−5850<br>Email: andrew_mohring@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*TERMINATED: 10/06/2016*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2422, 18:2423(b), 18:2252(a)(2), 18:2253 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Katharine T Buzicky**<br>United States Attorney's Office<br>300 S 4th St Ste 600<br>Minneapolis, MN 55415<br>612−664−5600<br>Fax: 612−664−5787<br>Email: katharine.buzicky@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2016 | | Arrest (Rule 5) of John Baker Rose. (LPH) (Entered: 10/05/2016) |
| 10/05/2016 | 1 | Minute Entry for proceedings held before Magistrate Judge Hildy Bowbeer: Initial Appearance in Rule 5(c) (3) Proceedings as to John Baker Rose held on 10/5/2016. Charges from Eastern District of California. Counsel to be appointed. Government moves for detention and temporary detention ordered. Detention & Removal Hearing set for 10/7/2016 09:00 AM in Courtroom 6B (STP) before Magistrate Judge Hildy Bowbeer. (LPH) (Entered: 10/05/2016) |
| 10/05/2016 | 2 | ORDER OF PRELIMINARY DETENTION as to John Baker Rose. Detention/Removal Hearing set for 10/7/2016 09:00 AM in Courtroom 6B (STP) before Magistrate Judge Hildy Bowbeer. Signed by Magistrate Judge Hildy Bowbeer on 10/5/16. (LPH) (Entered: 10/05/2016) |
| 10/06/2016 | 3 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for John Baker Rose. (Mohring, Andrew) (Entered: 10/06/2016) |
| 10/07/2016 | 4 | Minute Entry for proceedings held before Magistrate Judge Hildy Bowbeer: Detention and Removal Hearing as to John Baker Rose held on 10/7/2016. Defendant waived right to removal hearing. Defendant reserved right to detention hearing. Removal Order and Commitment to Another District to be Issued. (las) (Entered: 10/07/2016) |
| 10/07/2016 | 5 | ORDER OF REMOVAL to District of Eastern District of California as to John Baker Rose. Signed by Magistrate Judge Hildy Bowbeer on 10/7/16. (LPH) (Entered: 10/12/2016) |
| 10/12/2016 | 6 | |

| | | |
|---|---|---|
| | | COMMITMENT TO ANOTHER DISTRICT as to John Baker Rose. Defendant committed to Eastern District of California. Signed by Magistrate Judge Hildy Bowbeer on 10/12/16. (LPH) (Entered: 10/12/2016) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: HILDY BOWBEER
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

John Baker Rose,

    Defendant.

| | |
|---|---|
| Case No: | 16-mj-704 HB |
| Date: | October 5, 2016 |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Time Commenced: | 2:14 p.m. |
| Time Concluded: | 2:25 p.m. |
| Time in Court: | 9 minutes |

APPEARANCES:

    Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
    Defendant: Andrew Mohring, Assistant Federal Public Defender
    ☒ FPD    ☒ To be appointed

    ☒ Advised of Rights

on  ☒ Indictment  ☐ Date charges or violation filed: 9/26/2016

☒ Current Offense: use of facility of interstate commerce to induce minor to engage in criminal sexual activity

☒ **Charges from other District:** Eastern District of California
☒ Title and Code of underlying offense from other District: 18:2422; 18:2423(b); 18:2252(a)(2); 18:2253
☒ Case no: 16-cr-154 DAD/BAM

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered.

Next appearance date is October 7, 2016 at 9:00 a.m. before U.S. Magistrate Judge Bowbeer, CR 6B STP for:
☒ Detention hrg  ☒ Removal hrg

Additional Information:

                                            s/ Janet Midtbo
                                            Signature of Courtroom Deputy

CASE 0:16-mj-00704-HB   Document 2   Filed 10/05/16   Page 1 of 1
Case 0:16-mj-00704-HB   Document 7   Filed 10/12/16   Page 5 of 10
Case 1:16-cr-00154-DAD-BAM   Document 3   Filed 10/12/16   Page 5 of 10

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   Case No:   16-mj-704 HB

    Plaintiff,

v.

                                            ORDER OF PRELIMINARY
                                            DETENTION PENDING HEARING
                                            <u>PURSUANT TO BAIL REFORM ACT</u>

John Baker Rose,

    Defendant.

_____

       Upon motion of the United States it is ORDERED that a detention/removal hearing is set for October 7, 2016 at 9:00 a.m. before Magistrate Judge Hildy Bowbeer , 6B, US Courthouse, 316 N. Robert Street, St. Paul, Minnesota.   Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: October 5, 2016                            <u>*s/Hildy Bowbeer*</u>
                                                      Hildy Bowbeer
                                                      U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 16mj704 (HB) |
|                                                    ) | |
| v.                      Plaintiff,             ) | |
|                                                    ) | **NOTICE OF APPEARANCE** |
| JOHN BAKER ROSE,                    ) | |
|                                                    ) | |
|                      Defendant.           ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Andrew H. Mohring shall appear as appointed counsel of record for the above named defendant in this case.

Dated:   October 6, 2016          *s/ Andrew H. Mohring*
                                                     ANDREW H. MOHRING
                                                     Attorney ID No.   190731
                                                     Attorney for Defendant
                                                     Office of the Federal Defender
                                                     107 U.S. Courthouse
                                                     300 South Fourth Street
                                                     Minneapolis, MN 55415

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>John Baker Rose,<br><br>                Defendant, | **COURT MINUTES - CRIMINAL**<br>BEFORE: HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE<br><br>Case No:          16-mj-704 HB<br>Date:             October 7, 2016<br>Courthouse:    St. Paul<br>Courtroom:     6B<br>Time Commenced:  9:06 a.m.<br>Time Concluded:  9:16 a.m.<br>Time in Court:    10 minutes |

✖ **DETENTION HEARING**
✖ **REMOVAL HEARING**

        Time in Court Prelim/Det: 5 minutes/5 minutes

APPEARANCES:

Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender
        ✖ FPD


On   ✖ Indictment

✖ **Charges from other District:** Eastern District of California


✖ Defendant waived right to removal hearing
✖ Defendant reserved right to detention hearing
✖ Removal Order to be Issued
✖ Commitment to Another District to be Issued


Additional Information:



                                                                               s/ Janet Midtbo
                                                          Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-mj-704 (HB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN BAKER ROSE,

      Defendant.

**ORDER OF REMOVAL**

    The above-captioned case came before the Court for a hearing on the issues of identity, removal, and detention. The defendant is charged by Indictment (1:16-cr-154 (DAD/BAM)) in the Eastern District of California with several offenses relating to the sexual exploitation of a child. At the hearing, the government was represented by Assistant United States Attorney Katharine T. Buzicky. The defendant was present and represented by First Assistant Federal Defender Andrew H. Mohring.

    At the hearing, the defendant stated on the record that he was aware of his right to a hearing on the issues of identity, removal, and detention. After conferring with his counsel, he decided to waive the issues of identity and removal, and reserve the detention hearing. The Court finds that the defendant made a knowing, intelligent, and voluntary waiver of his rights.

    Based on defendant's waiver, the Court finds that the defendant is the same person named in the warrant filed in the Eastern District of California, and IT IS THEREFORE ORDERED THAT:

1. The defendant will be removed to the Eastern District of California for further proceedings; and

2. The defendant will remain in custody pending his detention hearing which will take place in the Eastern District of California.

Dated: October 7, 2016

                                        s/Hildy Bowbeer
                                        THE HON. HILDY BOWBEER
                                        United States Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America,<br>*Plaintiff,*<br><br>v.<br><br>John Baker Rose,<br>*Defendant,* | )<br>)<br>)<br>)<br>)<br>) | Case No. 16-mj-704 HB<br><br>Charging District's Case No. 16-cr-154 DAD/BAM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of California.

The defendant:  ☐ will retain an attorney.

✖ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: October 12, 2016

s/Hildy Bowbeer
*Judge's signature*

HILDY BOWBEER, United States Magistrate Judge
*Printed name and title*