HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JOHN BAKER ROSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00154 DAD-BAM |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE; ~~PROPOSED~~ ORDER THEREON |
| vs. | |
| JOHN BAKER ROSE, | DATE: May 22, 2017<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel, Assistant United States Attorney Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant John Baker Rose, that the status conference scheduled for May 8, 2017 may be continued to May 22, 2017, or the soonest date thereafter convenient to the court.

Due to unanticipated family circumstances defense counsel will be out of the state beginning May 2, 2017, and continuing through May 8, 2017. Consequently, counsel will be unavailable to attend Rose's status conference at the currently scheduled time, and will also be unable to have detailed communications with Rose prior to that time. In addition, it is anticipated that defense counsel will have viewed forensic evidence prior to May 22 and will be better prepared to inform the court how he wishes to proceed at that time.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for continuity of counsel and effective defense investigation and preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

PHILIP A. TALBERT
United States Attorney

Dated: May 1, 2017         */s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: May 1, 2017         */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
JOHN BAKER ROSE

## **O R D E R**

IT IS SO ORDERED THAT the 3rd Status Conference is continued from May 8, 2017 to Monday, **May 22, 2017 at 1:00PM** before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **May 2, 2017**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE