September 26, 2018

The Honorable Judge Dale A. Drozd
2500 40th Street
Fresno, CA 93721

The Reverend Peter A. Sulyok

Dear Judge Drozd,

I am writing you concerning the case 1:16-CR-154 and the defendant John Baker Rose to relate to you my experience with him for your consideration during his sentencing.

Baptized and confirmed at Bridgehampton Presbyterian Church, where I currently serve as pastor, I only met the defendant once "in person" when he visited his neighboring hometown of Water Mill, here on Long Island, NY. Several years earlier he had moved to St. Paul prior to my becoming pastor. Nevertheless, I had frequent conversations with him concerning both the volunteer work he did for my congregation as its web-master and candid conversation on his faith during frequent extended telephone calls. When I arrived here in 2011, the church had a somewhat archaic website and email system. John phoned from St. Paul to volunteer his assistance in redoing it for the church he loved, had participated in much of his life, and where he had sung regularly in the adult choir. With his guidance, we formed a Web Development Committee and met via conference call where John played a key role in modernizing our website and email system. Early on he suggested we broadcast the Sunday Service on the Internet. He then provided equipment to do so and ran it remotely each week from his home in St. Paul—taking time to put the sermon and worship online with the Sunday worship bulletin.

I wish I had more members as dedicated with their time and talents to serving the church as John was. I learned after his arrest that he managed also the website for his High School class year, keeping them connected as well as other groups in St. Paul, such as a local theater group. John wrestled healthily with his faith in our conversations and was grounded in helping those in need. Community service is part of his character. I appreciated his keen and thoughtful intellect and ready sense of humor and his positive outlook on life. When arrested, our congregation lost our broadcast services as well as eventually the whole website as I had been unaware that he completely covered its expense—again as his service to the church.

Respectfully submitted,

*The Reverend Peter A. Sulyok*

The Reverend Peter A. Sulyok



September 21, 2018

UNITED STATES OF AMERICA, Plaintiff, v. JOHN BAKER ROSE, Defendant.
United States District Court, E.D. California.
No. 1:16-CR-00154-DAD-BAM

Dear Judge Drozd,

I write on behalf of defendant John Rose in the above-captioned case.

I am a former attorney and ex-law clerk to Judge Kimba M. Wood (SDNY), now rabbi of the Conservative Synagogue of the Hamptons, in Bridgehampton, NY. It is in that capacity that I encountered Mr. Rose.

Our community rents space for the High Holidays at the Bridgehampton Presbyterian Church, where Mr. Rose was a long-time (and for a time long-distance) member. The first year we were in residence there, on the afternoon before Rosh Hashanah I noticed a sign there referring to live-streaming. That year was the first time my parents were unable to travel from Florida to be with us for High Holiday services, because my mother was suffering from ALS. I asked Pastor Peter Sulyok about the livestreaming, and he told me that Mr. Rose handled that remotely from Minnesota, and that he would check with him about it.

Within an hour, I received from Mr. Rose the most beautiful and sensitive e-mail, indicating that of course he would handle the livestreaming for us, as he did thereafter for a number of years until his arrest. Because of his kindness, at the last minute my parents were able to listen to our High Holiday services from their home, and a very sad time was made much more joyful. Little did I know then that both my parents would be gone within two years. Neither of them would have been able to have any kind of worship experience on their last Yom Kippur but for Mr. Rose.

While this small act of kindness may not seem like much, it was the graciousness and sensitivity with which he did it that so impressed me. Without requests from me, he let me know that he would be sure to turn the system on before candlelighting, he wished me and my community a happy and healthy new year in Yiddish, and generally expressed his delight and pleasure that his beloved church was hosting a Jewish congregation. Through all the years of our correspondence, I always felt that he bent over backwards to help us in any way he possibly could.

PO Box 1196, Bridgehampton, NY 11932
www.synagoguehamptons.org   631-237-1955

Perhaps most indicative of his extraordinary sense of responsibility and service, following his arrest, he managed from prison to explain to a friend how to handle the livestreaming of our services. This enabled a beloved congregant of ours, who has since passed away, to listen to our Yom Kippur services with our daughter from the hospital where she was that day receiving chemotherapy for pancreatic cancer.

Although I have not had the opportunity to meet Mr. Rose personally, I am convinced from his actions and words that Mr. Rose is a genuinely pious person, committed to service to others, and possessed of an expansive and ecumenical spirit. He has of course pled guilty to a very serious crime, for which he has already paid dearly. It is my sense that he is genuinely remorseful for having acted on a terrible impulse. I believe that he is fundamentally a decent, kind and good person, and it is my prayer that a lenient sentence may enable him to atone for his wrongdoing by continuing to do good in the world, rather than through a lengthy prison term.

Thank you for consideration.

Sincerely,

Rabbi Jan Uhrbach

PO Box 1196, Bridgehampton, NY 11932
www.synagoguehamptons.org    631-237-1955

September 28, 2018

The Hon. Dale A. Drozd

Re: John B. Rose, 2164862

Dear Sir:

I have been friends with John Rose (Jack) for a number of years; we met through our interest in music and community theatre, and have performed a few times together -- he is a skilled piano player. He has been a good friend and has been very generous with me, such as paying for veterinary bills I couldn't afford, helping me with car repair bills, taking me out to nice dinners and plays, often including my friends as well. I am a senior citizen on Social Security, so he has helped me out financially a number of times. He is a pet lover, and has also stayed at my house and taken care of my animals several times while I was away; I trusted him completely with my home and my pets. (I adopted his cat when he was arrested.) He has also provided me with a good computer and its upkeep, as he was an expert in the computer field. He was a founding member of a prestigious group of computer consultants in Minnesota.

He has been active in music, was a member of the Musician's Union, and was also active in community theatre for many years, was on the board of directors of the Lex-Ham Players in St. Paul MN, and has been very helpful to that group, in addition to performing in some of their plays and musicals. In the past he has been a radio disc jockey and announcer, recorded books for the blind, and recorded some radio announcements/commercials, some of them gratis. He also has been very helpful to his former church in Long Island, including arranging to have their services live-broadcast to home-bound members. He holds a degree from Brown University and served honorably in the U.S. Air Force.

While I understand that Jack must be punished for his offense, it is an unfortunate waste that such a generous and productive member of society must be incarcerated in his senior citizen years. I do hope you will consider leniency in this case. I believe Jack has learned from his mistakes. He is not by any means a danger to society and certainly will avoid doing anything so foolish again in the future.

Respectfully,

Mrs. Jeannie Perry

Sept. 6, 2018

Hon. Dale A. Drozd

Dear Judge Drozd,

I am Anne Kolve, the former wife of John B. "Jack" Rose. We married in 1979, separated in 1998 and were divorced in 2003.

In 1977, I was diagnosed with bipolar disorder. Jack took care of me during psychotic episodes, some of which led to hospitalizations. While we were separated, he sold some property and generously shared the



proceeds with me, at great disadvantage to himself. Though Jack moved on with his life, he always found time to talk to me, with words of encouragement and/or advice. When my computer failed, Jack had a new one sent to him, put all the software on it, and drove it from Minnesota to New York and installed it for me. He kept that computer running for ten years by means of software that enabled me to let him

control the machine remotely.

Jack has maintained his sanity, his sense of humor, and even his optimism despite appalling conditions at the jail. I know that, when released, he will do nothing to cause a return to incarceration.

Sincerely

Anne Roche

Sept 8, 2018

To whom it may concern

John Rose, ID no. 216¢862, has asked if I would pen a few words detailing my experience of him as a brother-in-law.

I met John in 1986, when I married his brother Charles. At the time we lived in Florida and John and his wife lived in New York.

Through 32 years of interaction I have found him to be a caring and generous person. His home and his resources he uses to help those around him. We have benefitted from his kindness on several occassions.

I have found him to be sensitive to those around him — his sense of humor sometimes leaves something to be desired — but in general a good friend and a reliable family member.

He has provided a web presence for his church, is or was involved in local theater (sp?) and in general has been a champion of the rights of underdogs both 2 and 4 footed for years.

— 1 —

The John I know can be impulsive, annoying wonderful and sometimes incredibly dumb (altho very intelligent) but never intentionally hurtful or ~~deceitful~~ deceitful.

Thank You for your attention

Lynn Rose

September 10, 2018

Eric V. Kersten, Esq.
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721

Re: U.S. vs. John Baker Rose

Dear Mr. Kersten,

John B. Rose, 2164862, is known to me through our collaboration on my stage play, *Hitler, Satan and Me: A Love Story*, which we performed at the 2013 Minneapolis Fringe Festival. My effort to produce the play was hampered by difficulties in finding the right male lead, but I already was working with someone when Jack called me, stating he very much wanted to do the part he had heard about from someone he knew. I kept his number, so when my current lead had to abandon the role I met with Jack to discuss the possibility of his taking over.

He was eager to perform, meeting every expectation I had for practicing in the extremely short time we had before the first performance. Beyond that he offered invaluable help by bringing along someone who could incorporate music into the show and manage the sound system. He designed a workable way for us to read the script and was generous with advice and sharing the ways of the theater. He was prompt, consistent and capable. The show was a success because of him. All this was done with his understanding there would be no pay for his involvement.

We shared a small dressing room with a curtained off area; he was respectful of me and my space and invariably courteous.

Jack was interviewed for the Bat of Minerva after his fine performance in the play. The **Bat of Minerva** is a regional cable television show based in the Twin Cities of Minneapolis and St. Paul through the University of Minnesota. I do not recall whether something in that interview would be helpful to him now.

Yours truly,

*Kristin D. Anderson*

The Rev. Kristin D. Anderson