McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>JOHN BAKER ROSE,<br><br>               Defendant. | No. 1:16-CR-00154-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on August 14, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant John Baker Rose in the following property:

    a. Samsung Galaxy S5 Cell Phone, serial number R38F803179A;

    b. Antec custom built desktop computer;

    c. Seagate Barracuda Hard Drive, serial number 5JVN0MG5;

    d. Western Digital 500 GB Hard Drive, serial number WCC3F1133000;

    e. Toshiba Laptop Computer, serial number YD169601Q; and

    f. SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct.

///

///

AND WHEREAS, beginning on August 16, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428, to be disposed of according to law, including all right, title, and interest of John Baker Rose.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **October 26, 2018**

_____
UNITED STATES DISTRICT JUDGE